# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-9037-GW-Ex | Date | June 25, 2026 |
|---|---|---|---|
| Title | *Tinamarie Barrales v. Century Snacks, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 24, 2026, Plaintiff Tinamarie Barrales filed a Notice of Settlement [20]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for August 27, 2026 at 8:30 a.m. The parties are to file a stipulation to dismiss - with a proposed order - or a joint status report by noon on August 25, 2026.

                                                                    :

                                          Initials of Preparer    JG