JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TINAMARIE BARRALES,
Plaintiff,
v.
CENTURY SNACKS, LLC, et al.,
Defendants.

Case No. CV 25-9037-GW-Ex

**ORDER TO DISMISS**

Based upon the Joint Notice of Dismissal [23] filed on August 21, 2026, it is hereby ORDERED that Plaintiff's individual claims shall be dismissed with prejudice pursuant to the terms set forth in the settlement agreement executed by the parties. To the extent the Complaint purports to assert claims on behalf of putative class members, those claims are dismissed without prejudice.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 24, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE